UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | Case No. 4:15-CR-00 404 HEA |
| Plaintiff, | ) | |
| vs. | ) | |
| | ) | |
| DERRICK TERRY, | ) | |
| Defendant. | ) | |

### DEFENDANT'S DERRICK TERRY'S REQUEST FOR CONTINUANCE OF SENTENCING

COMES NOW, Defendant, Derrick Terry by and through his counsel of record Ross W. Buehler, and moves the Court to continue sentencing in this matter that is currently set for January11, 2023 for at least one-hundred-twenty days.

The government by and through Assistant United States Attorneys Erin Granger, and Michael Reilly who do not oppose this request.

WHEREFORE, counsel for Defendant respectfully moves this Court grant his Motion to Continue Sentencing from the previously set January 11, 2023 to a date convenient for the Court at least one-hundred-twenty days from its current setting and for any other such order the Court deems necessary.

Respectfully submitted,

The Lampin Law Firm,

By: _/s/ Ross W. Buehler_____
Ross W. Buehler, #50973
5770 Mexico Road, Suite A
St. Peters, Mo 63376
(636) 498-4000 (telephone)
(636) 441-0809 (facsimile)
ross@lampinlaw.com

CERTIFICATE OF SERVICE

    I, the undersigned, hereby certify that a copy of the foregoing was electronically filed with the United States District Court, Eastern District of Missouri on this 6th day of January, 2023.

                                                     /s/ Ross W. Buehler