UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No. 4:15-CR-00 404 HEA |
| Plaintiff, ) | |
| vs. ) | |
| ) | |
| DERRICK TERRY, ) | |
| Defendant. ) | |

## STATEMENT OF THE DEFENDANT REGARDING PRESENTENCE REPORT

COMES NOW Defendant Derrick Terry by and through counsel and states that Defendant accepts the factual statements and guideline calculations contained in the Presentence Report filed with the Court.

The Defendant concurs with the Government's comment regarding paragraph 87, stating that "Jordan and Derrick Terry shot and killed M.J. and K.J." to the extent that any ambiguity exists, however the government's investigation, Defendant's statements as well as evidence presented at trial demonstrate that Derrick Tery was the driver of the vehicle and Jordan was the sole shooter during the homicide.

Further due to the date of preparation of the report and after conversation with the report's writer, additional information that has occurred since the report's completion have been presented in the Defendant's Sentencing Memorandum.

Respectfully submitted,

The Lampin Law Firm,

By: /s/ *Ross W. Buehler*
    Ross W. Buehler, #50973, Mo. Bar No. 36168
    5770 Mexico Road, Suite A
    St. Peters, Mo 63376

(636) 229-9999 (telephone)  
(636) 441-0809 (facsimile)  
ross@lampinlaw.com

CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that a copy of the foregoing was electronically filed with the United States District Court, Eastern District of Missouri on this 5th day of March, 2025.

  /s/ *Ross W. Buehler*